# RICHARD CARDINALE
ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

August 12, 2011

The Honorable Lois Bloom
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:  *Maddox* v. *City of New York*, 11 CV 2208 (ENV) (LB)

Your Honor:

      I represent the plaintiff in this civil rights lawsuit.  I write, with the consent of defense counsel, to request that the Court adjourn the initial conference scheduled for August 22, 2011, at 2:00 p.m.

      I am making this request because I will be on vacation on August 22.  If it is convenient with the Court, defense counsel and I are available all day on August 23 and during the morning of August 25 before 11:30 a.m. when I have to appear before Magistrate Judge Go in another case.

      Last, I request that the Court adjourn the date for exchanging initial disclosures and filing the scheduling plan from August 15 to five days before the new date for the conference.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Elizabeth Becker